## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Salpai Inc.
            Plaintiff(s),

vs.

George S. Bellas, Esq., et al.
            Defendant(s),

Case No.: 1:21-cv-02677-JSR

**AFFIDAVIT OF SERVICE**

I, Michele DiNunno, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: Summons in a Civil Action, Civil Cover Sheet and Complaint

Defendant to be served: Zeleny Solutions, Inc., c/o George S. Bellas, Esq.

Address where served: 15 North Northwest Highway, Park Ridge, IL 60068

On April 07, 2021 at 11:53 AM, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with George S. Bellas, Esq., (Title) Authorized Agent, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: Male - Race: White - Hair: Bald - Approx. Age: 60's - Height: 5ft 9in - Weight: 170

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Michele DiNunno

State of Illinois
County of Dupage
Subscribed and Sworn to before me on this
____ day of April, 2021

_____
Signature of Notary Public

Job: 562046
File:

OFFICIAL SEAL
NIKALIA DINUNNO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/23/21