AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Salpai Inc. )<br>*Plaintiff* )<br>v. )<br>George S. Bellas, Esq. and Zeleny Solutions, Inc. )<br>*Defendant* ) | Case No.   21-cv-2677 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant George S. Bellas, Esq.

Date:   05/27/2021

*Attorney's signature*

Paul R. Dehmel - PD2711
*Printed name and bar number*

Ulmer & Berne LLP
275 Madison Avenue, Suite 2002
New York, NY 10016
*Address*

pdehmel@ulmer.com
*E-mail address*

(917) 262-0470
*Telephone number*

(917) 262-0480
*FAX number*