UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Salpai Inc.,

                      **Plaintiff(s),**

                  **- against -**

George S. Bellas, Esq., Zeleny Solutions, Inc.

                      **Defendant(s),**
------------------------------------------------------------X

                21 Civ. 02677 ( JSR )

              **CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 03/29/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Defendant Zeleny Solutions, Inc. by personally serving George S. Bellas, Esq., and proof of service was therefore filed on 4/14/2021, Doc. #(s) 12.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

        _____, 20___

                                        **RUBY J. KRAJICK**
                                          **Clerk of Court**

                                  **By:** _____
                                         **Deputy Clerk**