```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Salpai Inc.,

                   Plaintiff(s),

                                                     21 Civ. 02677 (JSR)

       - against -

                                                      CLERK'S CERTIFICATE
                                                      OF DEFAULT

George S. Bellas, Esq., Zeleny Solutions, Inc.

                   Defendant(s),
------------------------------------------------------------X

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 03/29/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Defendant Zeleny Solutions, Inc. by personally serving George S. Bellas, Esq., and proof of service was therefore filed on 4/14/2021, Doc. #(s) 12.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

       May 7, 2021

                                                     RUBY J. KRAJICK
                                                     Clerk of Court

                                       By: _____
                                                   Deputy Clerk